UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:   Mark E. Galbraith                                    Case No. 13-61990

                                                                    Chapter 7

               Debtor(s)

**TRUSTEE'S OBJECTION TO PROPERTY CLAIMED AS
EXEMPT PURSUANT TO BANKRUPTCY RULE 4003(b)**

The undersigned trustee objects to the debtor's claimed exemption of personal property pursuant to Va. Code Section 34-4.  The trustee's grounds for objection are as follows:

The debtor has not provided the trustee with evidence that he timely filed a homestead deed pursuant to Va. Code § 34-17 perfecting the exemptions in personal property claimed exempt on Schedule C pursuant to Va. Code §34-4.

WHEREFORE, the trustee prays that the Court, after notice and an opportunity for hearing, sustain the objection or makes other determination as is appropriate.

Date:   November 21, 2013                                  William F. Schneider, Trustee


                                                                     By:   **/s/ William F. Schneider**
                                                                            William F. Schneider
                                                                            P.O. Box 739
                                                                            Lynchburg, VA  24505
                                                                            434.528.0411
                                                                            434.845.3666 (FAX)
                                                                            wfs@abellaw.com